FANNIE PARSONS METSCHAN, a widow, v. STANDARD WINE & SPIRITS CO., INC., a corporation.

6 So. (2nd) 392                                                    En Banc
February 17, 1942

McKay, Dixon & DeJarnette for appellant.
George J. Baya, for appellee.

PER CURIAM:

Writ of error brings for review judgment in favor of defendant on directed verdict.

Having considered the entire record, we reach the conclusion that upon the whole evidence, though in some respects conflicting, and the application of the controlling principles of law thereto, the plaintiff was precluded from recovery and, therefore, no reversible error is made to appear. See Johnson v. Louisville, etc., R. Co., 59 Fla. 305, 52 Sou. 195; Stevens v. Tampa

Alec. Co., 81. Fla. 512, 88 Sou. 303; Biscayne Trust Co. v. Pennsylvania Sugar Co., 103 Fla. 155, 137 Sou. 147.
Judgment affirmed.
So ordered.
WHITFIELD, TERRELL, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.
BROWN, C. J., dissents.